# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

MATTHEW S. BEVIER,

            **Plaintiff,**

            v.                              Civil No. 07-6014-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

            **Defendant.**

## JUDGMENT

The decision of the Commissioner is reversed and remanded for an award of benefits.

Dated: March   12  , 2008.

                                      /s/ Ann Aiken
                            **United States District Judge**

**JUDGMENT**                            **DOCUMENT NO:** _____