Kathryn Tassinari
Drew L. Johnson
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MATTHEW S. BEVIER,**

                    Plaintiff,

    vs.

**MICHAEL J. ASTRUE,**
Commissioner, Social Security
Administration,

                  Defendant.

Civil No. 07-6014-AA

**ORDER REGARDING ATTORNEY
FEES UNDER THE SOCIAL
SECURITY ACT**

After considering Plaintiff's Motion Regarding Attorney Fees Under the Social

Security Act, and Defendant's attorney having no objection, it is hereby

ORDERED that:

Plaintiff's counsel is granted 30 days subsequent to notification of past-due benefits

to prepare and submit a request specifying the amount of fees under the Social Security Act.

IT IS SO ORDERED this day of March 25, 2008.

_____
U.S. District Judge

1 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT

PRESENTED BY:

<u>/s/ DREW L. JOHNSON</u>
Drew L. Johnson, Of Attorneys for Plaintiff