FILED 08 APR 22 09:16 USDC-ORE

Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MATTHEW S. BEVIER,**

           Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

           Defendant.

Civil No. 07-6014-AA

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall pay and mail to Plaintiff's attorney the sum of $6112.08 for full settlement of all claims for fees under EAJA.

IT IS SO ORDERED this day of April 21, 2008

_____
U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
       Drew L. Johnson, OSB #75200
       Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA